```
Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MEYER, | Case No. **3:12-cv-01466-JSW** |
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ |
| vs. | **ORDER TO EXTEND TIME TO RESPOND AND REPLY RE: DEFENDANT'S MOTION TO** |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | **DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Defendant. | |

NOW COMES Plaintiff, MELISSA MEYER ("Plaintiff"), and Defendant, LINEBARGER GOGGAN BLAIR & SAMPSON LLP ("Defendant"), by and through the undersigned counsel and hereby stipulate to, and respectfully request this Honorable Court issue an order confirming, the following:

///

///

///

STIPULATION

1. On or about May 22, 2012, this Honorable Court granted the parties' stipulation to allow Plaintiff an additional fourteen (14) days, up until May 29, 2012, to submit an opposition to Defendant's Motion to Dismiss First Amended Complaint.

2. Since that time, the parties have been actively discussing resolution of the instant matter and believe that the case will be resolved in the coming days.

3. In an effort to limit further attorneys' fees and costs expended on either side, and thus aiding in the likelihood of resolution, the parties stipulate to, and hereby respectfully request this Honorable Court grant Plaintiff an additional three (3) days, or until June 1, 2012, to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, and to extend the response date for Defendant's Reply Brief a corresponding three (3) days to June 8.

IT IS SO STIPULATED.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: /s/ Jonathan M. Blute
Jonathan M. Blute, Esq.
Murphy, Pearson, Bradley & Feeney
Attorney for Defendant

1 IT IS SO ORDERED.
2
3 Date: May 30, 2012          By: _____/s/ Jeffrey S. White_____
4                             Hon. United States District Court Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION