# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MEYER,** | ) Case No. **3:12-cv-01466-JSW** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **LINEBARGER GOGGAN BLAIR & SAMPSON LLP** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this __4__ day of June, 2012.

_____
The Honorable Jeffrey S. White

Order to Dismiss - 1